**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1544

WALTER CHRISTIAN MEYER IV,

Plaintiff - Appellant,

versus

QUALEX, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge.  (5:04-cv-00005-FL)

Submitted:  October 31, 2006        Decided:  March 12, 2007

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Walter Christian Meyer IV, Appellant Pro Se.  John Keith Coates, Jr., HUNTON & WILLIAMS, Raleigh, North Carolina; Wood Walter Lay, HUNTON & WILLIAMS, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Christian Meyer IV appeals the district court's order denying his motion pursuant to Fed. R. App. P. 4(a)(5) for an extension of time to file a notice of appeal. We have reviewed the record and find the district court did not abuse its discretion in denying the motion. Accordingly, we affirm for the reasons stated by the district court. See Meyer v. Qualex, Inc., No. 5:04-cv-00005-FL (E.D.N.C. Apr. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED